The People of the State of New 
 York, Respondent, 
against
Danisha Mena-Pena, Defendant-Appellant.
Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered October 3, 2012, after a nonjury trial, convicting her of driving while impaired, and imposing sentence.
Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered October 3, 2012, affirmed.
The verdict convicting defendant of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility. The credited police testimony established that defendant operated a motor vehicle, that she had bloodshot, watery eyes, and a strong odor of alcohol on her breath, that she was unsteady on her feet and swaying (see People v Cruz, 48 NY2d 419, 426-427 [1979], appeal dismissed 446 US 901 [1980]), and that she refused to submit to a breath test (see People v Smith, 18 NY3d 544 [2012]; see also People v Fiumara, 116 AD3d 421 [2014], lv denied 23 NY3d 1036 [2014]). 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: June 5, 2020